UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

**FREDERICK CHARLES PRESTON, JR.**     **CIVIL ACTION NO. 25-0117**

**VS.**     **SECTION P**

     **JUDGE TERRY A. DOUGHTY**

**NOLAN BASS, JR., ET AL.**     **MAG. JUDGE KAYLA D. MCCLUSKY**

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge [Doc. No. 8] having been considered, together with the written objections thereto filed with this Court [Doc. No. 10], and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the following are **DISMISSED WITH PREJUDICE** for failing to state claims on which relief may be granted: (1) Plaintiff Frederick Charles Preston, Jr.'s claims that Clark, Bethel, and Neal failed to provide decontamination measures after Smith sprayed Plaintiff with mace; (2) that Bethel and Smith failed to provide decontamination measures after Bethel sprayed Plaintiff with mace; (3) that Nurse Harvey and Officer T. Harvey failed to provide medical care after Bethel sprayed Plaintiff; (4) that Dunmore, Brown, Lundy, Bethel, Burks, Neal, Davis, T. Harvey, and Clark failed to provide initial medical care for Plaintiff's hand after he punched a wall; (5) that Warden Bass failed to make an appointment with a specialist for Plaintiff's broken hand; (6) that Plaintiff's eye infection was caused by a lack of medical care; (7) that Lundy and Smith failed to give Plaintiff his personal property, a blanket, and a mattress; (8) that Bass did not allow Plaintiff

to shower and prohibited him from using a telephone; (9) Plaintiff's retaliation claims; (10) Plaintiff's claim that staff allowed someone to steal his money; and (11) that Bass did not correct the staff's mistreatment of Plaintiff.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's requests for injunctive relief are **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 3rd day of June, 2025.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE